EDWARD P. FLOYD-JONES, Respondent, *v.* ESTHER SCHAAN, Appellant.

(Submitted October 24, 1911; decided November 28, 1911.)

MOTION to amend remittitur. (See 203 N. Y. 568.)

Motion denied, with ten dollars costs.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant, *v.* EGBURT E. WOODBURY et al., Constituting the State Board of Tax Commissioners, et al., Respondents.

(Submitted November 20, 1911; decided November 28, 1911.)

Motion for re-argument denied, with ten dollars costs. (See 203 N. Y. 167.)

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN W. LISK, Appellant, *v.* THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

(Submitted November 20, 1911; decided November 28, 1911.)

Motion for re-argument denied, with ten dollars costs. (See 203 N. Y. 561.)